# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

**In the Matter of**:  }
                        }  Case No. 16-32849
Lutisher W Torrey      }
                        }  Chapter 13
                        }
**Debtor(s)**          }

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1.    The debtor(s) filed this case on October  7, 2016.

2.    Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because her son moved out and is no longer contributing to her expenses.

3.    The debtor(s) is now able to resume payments to the Trustee because she said her daughter told her she would help out as she can. Payments have resumed.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 2 day of October, 2017.

/s/ Richard D. Shinbaum
*Richard D. Shinbaum*

*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing motion on all parties

listed below by CM/ECF on this day 2 day of October, 2017.

Chapter 13 Trustee, Sabrina McKinney
Bankruptcy Administrator, Teresa Jacobs

/s/ Richard D. Shinbaum
*Richard D. Shinbaum*